IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNETTE C. WILLIAMS,

    Plaintiff,

vs.                                      CASE NO.: 1:06cv148-SPM/AK

NORTH FLORIDA REGIONAL
MEDICAL CENTER,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Stipulation for Dismissal With Prejudice (doc. 34) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 7th day of December, 2006.

                    *s/ Stephan P. Mickle*

                    Stephan P. Mickle
                    United States District Judge